UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| JEREMIE WATSON | * | CIVIL ACTION NO. 18-CV-00390 |
| VERSUS | * | JUDGE SUMMERHAYS |
| RODI MARINE MANAGEMENT, LLC, ET AL | * | MAGISTRATE HANNA |

## MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

MAY IT PLEASE THE COURT:

### FACTUAL BACKGROUND

Jeremie Watson, an employee of Rodi Marine Management, LLC, alleges he sustained injuries while working on the stern deck of the M/V MR. LLOYD, owned by Rodi Marine. Mr. Watson alleges the accident took place during the offloading of personnel and equipment to the Field Energy South Pass 75A platform from the Rodi Marine vessel with the use of the platform crane.[1] By way of an Amended Complaint for Damages filed in November 2018, Watson joined Wadleigh Industries, Inc. d/b/a Offshore Equipment Solutions and Sparrows Offshore, LLC as defendants in the litigation.[2] Watson alleged the crane operator working in the crane at the time of his accident was employed by either Wadleigh

---

[1] Doc. 29, par I.

[2] Id.

Industries, Inc. or Sparrows, and further claims the crane operator was negligent in causing or contributing to the accident.[3]

Wadleigh Industries, Inc. d/b/a Offshore Equipment Solutions files this Motion for Summary Judgment seeking a dismissal of the negligence claims asserted by Watson against Wadleigh Industries on the basis that the undisputed facts establish that at the time of the incident, the Wadleigh Industries crane operators were off duty and not operating the crane when the plaintiff was allegedly injured.

## EVIDENCE SUPPORTING MOTION

The facts concerning the time of the alleged accident involving Mr. Watson are undisputed. He testified unequivocally in his deposition that the accident occurred between 2:15 a.m. and 4:30 a.m. on January 30, 2018.[4] The Rodi Marine vessel logs, identified and attached to the plaintiff's deposition as Exhibit B, confirmed that on January 30, 2018 the M/V MR. LLOYD was located at Fieldwood South Pass 75A from 2:15 in the morning until 4:30.[5]

Sparrows Offshore crane operator Michael Trahan confirmed in his recent deposition that either he or his relief, Sparrows employee Kenneth Boudreaux, were operating the crane while the

---

[3] Doc. 29, par. XI

[4] Watson depo., p. 126

[5] SeeWatson depo., Exhibit B, vessel log of 1/30/2018

M/V MR. LLOYD was located at the Fieldwood Energy platform on the morning of January 30, 2018 between the hours of 2:15 a.m. and 4:30 a.m., when the vessel then departed the platform to return to the Fieldwood Energy Grand Isle tank battery in Grand Isle, Louisiana.[6] Since Wadleigh Industries' employees were not located in nor were they operating the crane at the time the accident is alleged to have occurred, Wadleigh cannot be held liable to the plaintiff for any alleged accident or injuries claimed in this litigation.

Trahan was deposed on April 10, 2019. He testified that the M/V LLOYD arrived at the Fieldwood Energy South Pass 75A platform at approximately 2:15 a.m.[7] Trahan was the Sparrows crane operator who was preparing to make crew change and leave for his regular days off. His relief, Kenneth Boudreaux, was initially located on the vessel and was arriving at the platform to commence his regular offshore shift. At 2:45 a.m., Trahan made two personnel basket transfers of employees making crew change to begin their shift, with Kenneth Boudreaux, his relief, being a passenger on the first personnel basket transfer.[8] After making the second personnel transfer, Trahan left the crane and turned over crane operating responsibilities to his relief, Boudreaux.[9]

---

[6] Trahan depo., pp. 60-61

[7] Trahan depo., pp. 18-19

[8] Trahan depo., p. 19

[9] Trahan depo., pp. 20-21

Trahan departed the platform via personnel basket and was transferred on the M/V MR. LLOYD to the dock.[10] He further confirmed that the Wadleigh Industries crane operators aboard the platform were off duty until 6:00 a.m. that morning, and were not involved in crane operations between the hours of 2:15 a.m. and 4:30.[11]

Wadleigh Industries was joined in this litigation because the plaintiff could not identify the name or employer of the crane operator operating the crane when the plaintiff was allegedly injured. The crane operators who performed crane operations while the M/V MR. LLOYD was at the Fieldwood platform on the morning of the incident between 2:30 a.m. and 4:30 a.m. were employed by Sparrows Offshore, not Wadleigh Industries. Accordingly, Wadleigh Industries cannot be held legally responsible or at fault in causing or contributing to the plaintiff's alleged accident or injuries, and should be dismissed from this litigation.

## CONCLUSION

Wadleigh Industries, Inc. d/b/a Offshore Equipment Solutions prays for a judgment finding that Wadleigh Industries, Inc. d/b/a Offshore Equipment Solutions did not operate the crane at the time of plaintiff's alleged accident, was not negligent or at fault in causing or contributing to the plaintiff's alleged

---

[10] Trahan depo., p. 21

[11] Trahan depo., pp. 60-61

accident, and should be dismissed from this litigation, with prejudice.

                                        Respectfully Submitted,

                                        MAHTOOK & LAFLEUR, L.L.C.

BY: _____
     CHARLES A. MOUTON (17721)
     P. O. Box 3089
     Lafayette, LA  70502
     600 Jefferson Street
     Suite 1000 (70501)
     Phone:  (337)266-2189

Counsel for Wadleigh Industries, Inc. d/b/a Offshore Equipment Solutions

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has this date been served on all counsel of record in this proceeding by:

( ) Hand Delivery      ( ) Prepaid U. S. Mail

( ) Facsimile           ( X ) CM/ECF System

Lafayette, Louisiana this 18th day of April, 2019.

_____
CHARLES A. MOUTON